IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ELLEN EMMICH                                                                                           PLAINTIFF

V.                                                                        CAUSE NO. 3:15-CV-389-CWR-FKB

MAA, INTERNATIONAL; ET AL.                                                              DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate F. Keith Ball's Report and Recommendation to dismiss the Plaintiff's case without prejudice. Dockets No 10.

The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b).

Having received no timely written objections from any party, this Court adopts the Report and Recommendation as its own Order. Accordingly, the Plaintiff's case is dismissed without prejudice in accordance with the Report and Recommendation. A separate Final Judgment will issue this day.

**SO ORDERED,** this the 26th day of April, 2016.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE